UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELVIS RENTERIA CAMILO LOPEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MEGAN WHITMIRE and BRUCE SPANNER,<br><br>　　　　　　　　Defendants. | NO: 2:15-CV-0182-TOR<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS AND DISMISSING COMPLAINT |

BEFORE THE COURT are Plaintiff's Motion to Voluntarily Dismiss pursuant Rule 41 (a), Federal Rules of Civil Procedure (ECF No. 14). Plaintiff, a prisoner at the Airway Heights Corrections Center, is proceeding *pro se* and *in forma pauperis*. Counsel has appeared on behalf of Defendants Whitmire and Spanner, although the Court did not direct service of process and no answer has been filed.

Therefore, **IT IS ORDERED** Plaintiff's Motion (ECF No. 14) is **GRANTED** and the Complaint (ECF No. 9) is **DISMISSED WITHOUT PREJUDICE.**

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS AND
DISMISSING COMPLAINT -- 1

1    Although granted the opportunity to do so, Plaintiff did not file a separate
2  Motion and Affidavit to waive the remaining balance of the filing fee as directed.
3  Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant
4  to 28 U.S.C. § 1915(b).

5    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this
6  Order, enter judgment of dismissal without prejudice, forward copies to Plaintiff and
7  counsel, and close the file.

8    **DATED** November 16, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS AND DISMISSING COMPLAINT -- 2