# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2015

SEAN F. McAVOY, CLERK

ELVIS RENTERIA CAMILO LOPEZ

*Plaintiff*

v.

Civil Action No. 2:15-CV-0182-TOR

MEGAN WHITMIRE and BRUCE SPANNER

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Plaintiff's Motion for Voluntary Dismissal (ECF No. 14) is GRANTED and the Complaint (ECF No. 9) is DISMISSED WITHOUT PREJUDICE

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motion for Voluntary Dismissal of Complaint

Date: 11/16/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates